Probation Form No. 35    Report and Order Terminating Probation /
(1/92)                                           Supervised Release
                                          Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.    Docket No. 1:23 CR 00182 (VEC)

Corey L Ortiz

On February 6, 2023, the above-named individual was placed on Supervised Release for a period of thirty-six (36) months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Corey L Ortiz be discharged from Supervised Release.

Respectfully submitted,

by  *Rachel Bonatto*
Rachel Bonatto
Probation Services Technician

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this   22nd   day of   May   , 20 25 .

*Valerie Caproni*
Honorable Valerie E. Caproni
U.S. District Judge